**Fashion Automobile Station, appellee, v. Lionel A. Sherwin, appellant. Gen. No. 30,033.**

Action to recover for automobile storage. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James J. O'Toole, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed October 6, 1925.

L. A. Sherwin, *pro se.* No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Anna L. Dever, appellee, v. William P. Brennan, appellant. Gen. No. 30,061.**

Action on account against apartment house manager. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Sonnenschein, Berkson, Lautmann & Levinson, for appellant; Joseph A. Struett, of counsel. T. F. Monahan and Samuel J. Lumbard, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Hyman Levine, appellee, v. Max N. Block, appellant. Gen. No. 30,070.**

Motion to vacate judgment by confession on promissory note. Motion denied. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fischer, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Rudolph Frankenstein, for appellant. Philip A. Weinstein, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Norman Hecht et al. I. D. Opat, appellee, v. The Tourist Camp Body Company, on appeal of Lewis E. Bower, appellant. Gen. No. 30,095.**

Suit to foreclose chattel mortgage. Judgment for intervener. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 6, 1925.

Brown, Brown & Brown, for appellant. Sidney S. Pollack and Wm. G. Leseman, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.